IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:11-CR-217-D

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DERRICK DOVE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On June 5, 2014, Derrick Dove asked the court to send a certified copy of the amended

judgment in his case to the Bureau of Prisons [D.E. 356]. The amended judgment is a public record

[D.E. 326], and the Bureau of Prisons has access to it via this court's electronic case filing system.

Accordingly, Dove's motion [D.E. 356] is DENIED.

SO ORDERED. This _8_ day of October 2014.

JAMES C. DEVER III
United States District Judge