UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Derrick Dove Jr.**                                    **Docket No. 5:11-CR-217-3D**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Dove Jr., who, upon an earlier plea of guilty to Conspiracy to Interfere with Interstate Commerce by Robbery; and Using and Carrying a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 27, 2012, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Derrick Dove Jr. was released from custody on May 21, 2018, at which time the term of supervised release commenced.

On June 7, 2019, the court was notified of the defendant testing positive for the use of marijuana. Dove's supervision was continued without modification.

On December 6, 2019, the court was notified of the defendant testing positive for the use of marijuana. Dove's supervision was continued without modification.

On August 31, 2020, the court was notified of the defendant testing positive for the use of marijuana. Dove's supervision was continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 20, 2020, Dove submitted a urine specimen which returned positive for the use of marijuana. The defendant is currently participating in a substance abuse treatment program through First Step Services, Raleigh, North Carolina, and participation in a cognitive behavioral program in conjunction with his continued exposure to substance abuse treatment sessions could prove beneficial. To address this recent non-compliant behavior, and in an effort to assist Dove with making better life decisions, we are recommending that the defendant participate in a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Derrick Dove Jr.
Docket No. 5:11-CR-217-3D
Petition For Action
Page 2

Reviewed and approved,

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: November 3, 2020

### ORDER OF THE COURT

Considered and ordered this __4__ day of __November__, 2020, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge